NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRAVIS HUNT,                   )
                                   )
          Appellant,      )
                                   )
v.                            )      Case No. 2D20-917
                                 )
STATE OF FLORIDA,     )
                                 )
          Appellee.      )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.

PER CURIAM.

      Affirmed.  See § 775.087(2)(a)(1)(p), (4), Fla. Stat. (2016); Hunt v. State,

256 So. 3d 243 (Fla. 2d DCA 2018).

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.